**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CR-711 CAS |
| ) | |
| VERNON VIRGIN, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on March 7, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to the Indictment and his signed Stipulation of Facts Relative to Sentencing wherein the defendant agreed to the forfeiture of the specified assets as outlined in Count IV of the Indictment and is subject to forfeiture; and

WHEREAS, on April 2, April 9, and April 16, 2008, the United States published in a newspaper of general circulation, to wit: The Lincoln County Journal, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, beginning on March 25, 2008, the United States posted notification on a official government internet (www.forfeiture.gov) for at least 30 consecutive days, and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited as to all parties and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law, as follows:

   (a) Twenty-Nine Thousand One Hundred Seven Dollars and Thirty-Five Cents ($29,107.35) United States Currency seized from Vernon Virgin, and Twenty Thousand Eight Hundred Ninety Two Dollars and Sixty-Five Cents ($20,892.65) which was paid to the Government at the time of sentencing, for a total forfeited amount of Fifty Thousand Dollars ($50,000.00).

2. The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __30th__ day of June, 2008.